UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>ADEDAYO AKINWUNMI AGBAYEWA,<br><br>        Defendant. | No. 2:18-cr-127 WBS<br><br><br><br>ORDER RELATING CASES |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>ADEDAYO AKINWUNMI AGBAYEWA,<br><br>       Debtor. | No. 2:25-mc-66 WBS |

----oo0oo----

The United States has filed a notice of related cases under Local Rule 123 in the above-entitled actions.  While the cases involve the same parties and are based upon the same claim, both cases are already assigned to the undersigned district

1

1  judge.  Moreover, the cases have not been assigned to any
2  magistrate judge, and no reassignment is required to avoid
3  duplication of judicial effort or for the convenience of the
4  parties.  Accordingly, there is no need to relate the cases under
5  Local Rule 123, and the court declines to do so at this time.
6         IT IS SO ORDERED.
7  Dated:  March 25, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE