1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                    Case No. 2:25-MC-0066-WBS

12              Plaintiff,                       [~~PROPOSED~~] **FINDINGS AND**
                                                 **RECOMMENDATIONS FOR FINAL**
13         v.                                    **ORDER OF GARNISHMENT**

14  ADEDAYO AKINWUNMI AGBAYEWA,                  Criminal Case No. 2:18-CR-0127-WBS

15              Debtor.

16

17  FULTON COUNTY SHERIFF'S OFFICE,

18              Garnishee.

19

20         The Court, having reviewed its files and the United States' Request for Findings and

21  Recommendations for Final Order of Garnishment, and good cause appearing, hereby recommends a

22  Final Order of Garnishment be granted.

23         Accordingly, IT IS RECOMMENDED that:

24         1.      The United States' Request for Findings and Recommendations for Final Order of

25  Garnishment be GRANTED;

26         2.      Garnishee Fulton County Sheriff's Office be directed to pay the Clerk of the United

27  States District Court all funds held by Garnishee in which Debtor has an interest within fifteen (15) days

28

         [~~PROPOSED~~] FINDINGS AND RECOMMENDATIONS            1

1  of the filing of the Final Order.  Payment shall be made in the form of a check, money order, or

2  company draft, made payable to the "**Clerk of the Court**" and delivered to:

3
    Office of the Clerk
    501 I St., Rm. 4-200
4   Sacramento, CA 95814

5  The criminal docket number (**Case No. 2:18-CR-00127-WBS**) shall be stated on the payment

6  instrument;

7      3.      The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the

8  case, if necessary; and

9      4.      The garnishment shall terminate when the payment is deposited with the Clerk of the

10  Court.

11      These findings and recommendations are submitted to the United States District Judge assigned

12  to the case pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within fourteen (14) days, after being

13  served with these findings and recommendations, any party may file written objections with the court

14  and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's

15  Findings and Recommendations."  Failure to file objections within the specified time may waive the

16  right to appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998);

17  *Martinez v. Ylst*, 951 F.2d 1153, 1156-57 (9th Cir. 1991).

18

19  IT IS SO ORDERED.

20

    Dated:    April 16, 2025
21                                              JEREMY D. PETERSON
                                                UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28

    [PROPOSED] FINDINGS AND RECOMMENDATIONS                    2