IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADEDAYO AKINWUNMI AGBAYEWA,<br><br>　　　　Debtor.<br><br>FULTON COUNTY SHERIFF'S OFFICE,<br><br>　　　　Garnishee. | Case No. 2:25-MC-00066-WBS-JDP<br><br>**FINAL ORDER<br>OF GARNISHMENT**<br><br>Criminal Case No. 2:18-CR-00127-WBS |

　　　　On March 5, 2025, the United States filed an Application for Writ of Garnishment against Adedayo Akinwunmi Agbayewa's ("Debtor") interest in property. ECF 1. The Clerk of the Court issued the Writ and Clerk's Notice to Debtor. ECF 4. The United States served the Writ and related documents on Fulton County Sheriff's Office ("Garnishee"), Debtor, and an interested party. ECFs 5 and 6.

　　　　On March 21, 2025, Garnishee served its Acknowledgment of Service and Answer of Garnishee on Debtor and the United States ("Answer"). ECF 10. In its Answer, Garnishee stated that it has possession of excess funds generated from a sheriff sale in which Debtor has an interest with an approximate total value of $143,784.39. Id. Debtor did not file a claim of exemption to the proposed

garnishment or request a hearing, did not object to Garnishee's Answer, and did not otherwise object to the United States' garnishment action. The interested party did not appear.

Pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302, on April 17, 2025, the Magistrate Judge issued findings and recommendations that recommended that the United States' request for final order of garnishment be granted and ordered that any objections were due within 14 days after service. ECF 13. The United States served the findings and recommendations on Debtor on April 17, 2025. ECF 14. Debtor did not object and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the file, the Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The Findings and Recommendations for Final Order of Garnishment (ECF No. 13) are ADOPTED IN FULL;

2. Garnishee Fulton County Sheriff's Office is directed to pay the Clerk of the United States District Court all funds held by Garnishee in which Debtor has an interest within fifteen (15) days of this Final Order of Garnishment. Payment shall be made in the form of a check, money order, or company draft, made payable to the "**Clerk of the Court**" and delivered to:

> Office of the Clerk
> 501 I St., Rm. 4-200
> Sacramento, CA 95814

The criminal docket number (**Case No. 2:18-00127-WBS**) shall be stated on the payment instrument;

3. The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary; and

4. The garnishment shall terminate when the payment is deposited with the Clerk of the Court.

Dated: MAY 13, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE